UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**5402 PINE CHASE LLC,**

      **Plaintiff,**

**v.**                                                         **Case No: 6:14-cv-1165-Orl-41KRS**

**CIERRA SMILEY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Cierra Smiley's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). (Doc. 3). United States Magistrate Judge Karla Spaulding issued a Report and Recommendation (Doc. 7) on August 25, 2014, recommending that the case be remanded for want of jurisdiction. All attempts to send mail to Ms. Smiley have resulted in the mailings being returned as undeliverable and unable to be forwarded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 2014-CC-007702-O.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2014.



Copies furnished to:

Counsel of Record
Unrepresented Parties
Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida